**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Canadian Pacific Railway Limited, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Taryn R. Bauer, )<br>)<br>    Defendant. ) | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:08-cv-057 |

___

Before the Court is a "Stipulation For Dismissal" filed on June 17, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 4) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

  **IT IS SO ORDERED.**

  Dated this 17th day of June, 2008.

                */s/ Daniel L. Hovland*
                Daniel L. Hovland, Chief Judge
                United States District Court